**IN THE COURT OF APPEALS OF TENNESSEE**
**WESTERN SECTION AT JACKSON**

| | | |
|---|---|---|
| **CITY STATE BANK** | ) | |
| **and THE BANK OF SHARON** | ) | |
| | ) | |
| Plaintiffs/Appellants, | ) | **Shelby Circuit No. 51213-6 T.D.** |
| | ) | |
| **VS.** | ) | **Appeal No. 02A01-9504-CV-00073** |
| | ) | |
| **DEAN WITTER REYNOLDS, INC.,** | ) | |
| **a Delaware Corporation, and** | ) | |
| **HANK FRANCK,** | ) | |
| | ) | |
| Defendants/Appellees. | ) | |

---

## ORDER ON PETITION TO REHEAR

---

Defendants have filed a petition to rehear which, after due consideration, is respectfully denied.

This 25th day of November, 1996.

_____
HIGHERS, J.


_____
CRAWFORD, P.J., W.S.


_____
SUMMERS, S. J.